UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>PSION TECHNOLOGY, a Canadian corporation; et al.,<br><br>              Defendants. | Case No:  C 09-00664 SBA<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED DISCOVERY**<br><br>[Docket 14, 16] |

The Court has read and considered the papers filed in connection with Plaintiff Intel Corporation's Ex Parte Motion for Expedited Discovery, and concludes that Plaintiff has failed to demonstrate good cause for its request.

IT IS HEREBY ORDERED THAT Plaintiff's Ex Parte Motion for Expedited Discovery is DENIED.

Dated: March 18, 2009

_____
Hon. Saundra Brown Armstrong
United States District Judge